Steven B. Andersen (ISB: 2618)
sba@andersenbanducci.com
Benjamin A. Schwarzman (ISB No. 6512)
bas@andersenbanducci.com
**ANDERSEN BANDUCCI PLLC**
101 S. Capitol Blvd., Suite 1600
Boise, ID 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY, LLC. | Case No. 2:13-CV-00234-BLW |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL |
| MICHAEL W. ARMON, DONALD B. SCHARENBERG and GUY E. GERBER, | |
| Defendants | |

## STIPULATION

Plaintiff Morgan Stanley Smith Barney LLC ("Plaintiff") and Defendants Michael Armon, Donald Scharenberg, and Guy Gerber (together, "Defendants") have submitted the dispute between them to arbitration before FINRA.

Accordingly, by and through their counsel of record, Plaintiff and Defendants stipulate to and request that the Court enter an order as follows:

1. The Temporary Restraining Order entered by the Court in this matter is dissolved;

2. Plaintiff's claims against Defendants in this action are dismissed without prejudice; and

3. The parties will each bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 24^(TH) day of ~~August~~ September, 2013

SCHWABE, WILLIAMSON & WYATT, P.C.

_____
Thomas V. Dulcich
Leora Coleman-Fire
1211 SW 5th Ave., Suite 1900
Portland, Oregon 97204
*Counsel for Claimant*

ANDERSEN BANDUCCI PLLC

_____
Steven B. Andersen (ISB: 2618)
Benjamin A. Schwarzman (ISB No. 6512)
101 S. Capitol Blvd., Suite 1600
Boise, ID 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455
*Counsel for Defendants*